IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN MICHAEL MCGOWENS,   *

       Plaintiff,   *

v.   *   CIVIL ACTION NO. CCB-12-1461

STEPHEN MICHAEL MCGOWENS,   *

       Defendant.   *
                             *****

## **MEMORANDUM**

Plaintiff, who offers a Baltimore, Maryland post office box number as his address, filed this pro se complaint invoking this court's federal question jurisdiction against himself. The statement of claim in this action reads as follows:

> Placing my Affidavit of Truth or the record to be sent to me Stephen Michael McGowens for my own personal record, including my full report.

ECF No. 1. Accompanying the complaint is plaintiff's "Affidavit of Truth" wherein he states, among other things, that he is "not a 'person' as defined in 'statutes.'" He may "voluntarily choose to comply with the 'laws'" and reserve[s his] natural right not to be compelled to perform under any 'contract.'" Plaintiff provides examples of "pretended 'benefits'" which he maintains confer no benefit on him and to which he is not obligated such as his birth certificate, use of national currency and bank accounts, issuance of a driver's license, vehicle registration plates and passports, filing of

tax returns, voting, citizenship and the Constitution.  Plaintiff revokes any previously granted powers of attorney.   ECF No. 1, Attachment.

Plaintiff's claim is impossible to decipher.   The attachment to the complaint fails to clarify plaintiff's allegations or prayer for relief.  The complaint is accompanied by plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) which shall be granted.

This court may preliminarily review the claims in plaintiff's complaint and dismiss the complaint pursuant to 28 U.S.C. § 1915(e) prior to service if it is satisfied that the complaint has no factual or legal basis and it is frivolous on its face.  *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996).  As explained by the Supreme Court in *Neitzke*:  "Examples of [factually baseless lawsuits] are claims describing fanciful or delusional scenarios, with which federal district judges are all too familiar." *Neitzke*, 490 U.S. at 328.  The complaint clearly has no basis in law and fact and shall be dismissed as frivolous.  A separate order shall be entered reflecting the opinion set out above.


Date: June 26, 2012                    _____/s/_____
                                       Catherine C. Blake
                                       United States District Judge